UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:03cr231

United States of America )
    Plaintiff, )
Vs. )
     ) **ORDER**
Juan Carlos Barragan )
    Defendant )

FILED
IN COURT
CHARLOTTE, N. C.

JUL 19 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 19th day of July, 2005.

_Graham C. Mullen_
United States Judge Presiding