# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:03-CR-231-1-MU

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)     **ORDER**<br>JUAN CARLOS BARRAGAN )<br>)<br>_____ ) | |

This matter is before the Court upon the Defendant's Motion in Limine, filed July 18, 2005. Defendant filed this written Motion with the Court regarding the Government's proposed use of audio and video surveillance tapes and the matter was then addressed in open court as necessitated by the trial. As this matter has already been addressed, the Defendant's Motion is **denied** as moot.

    **IT IS THEREFORE ORDERED** that the Defendant's Motion in Limine is **DENIED**.

**Signed: July 29, 2005**

Graham C. Mullen
Chief United States District Judge