# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:03CR231

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>      Plaintiff,                          )<br>vs.                                                )<br>                                                     )<br>JUAN CARLOS BARRAGAN,       )<br>      Defendant.                    )<br>                                                     )<br>_____) | **AMENDED ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's motion for a verbatim transcript of the trial testimony to assist in preparation for the sentencing hearing and to file objections to the presentence report.

The Court finds for the reasons stated in the motion that a verbatim transcript of the trial testimony is necessary in order for defense counsel to provide effective legal assistance to the Defendant at his sentencing hearing.

The Court further finds that the Defendant is indigent and cannot pay for a verbatim transcript.

**IT IS THEREFORE ORDERED** that the court reporter in this matter prepare a verbatim transcript of the trial testimony at government expense and provide a copy of the same to counsel for Defendant.

**SO ORDERED** this the 5th day of January, 2006.

**Signed: January 5, 2006**

_____
David C. Keesler
United States Magistrate Judge