IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:03-CR-00231-GCM-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS BARRAGAN,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court upon the Motion to Seal Response to Defense Motion (Doc. No. 745).

When a party makes a request to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) consider alternatives to sealing; and (3) if it decides to seal, make findings "specific enough that a reviewing court can determine whether the sealing is consistent with the First Amendment or the common law right to public access." W.D.N.C. LCrR 49.1.1; *see also Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the Government's motion. The Government filed its motion on September 21, 2020 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal Defendant's medical information as well as the details of Defendant's underlying criminal conduct. The Court concludes that the sealing of

these documents is narrowly tailored to serve the interest of protecting Defendant's medical information, the details of Defendant's underlying criminal conduct, Defendant himself, and potential third parties that might befall harm from release of this information.

**IT IS THEREFORE ORDERED** that the Motion to Seal Response to Defense Motion is hereby **GRANTED**, and the Response in Opposition to Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) shall be filed under seal until further Order of this Court.

**SO ORDERED**.

Signed: September 24, 2020

Graham C. Mullen
United States District Judge