IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:03-CR-00231-GCM-DCK-1

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS BARRAGAN,<br><br>Defendant. | ORDER |

**THIS MATTER** comes before the Court upon Defendant Barragan's *pro se* Motion for Compassionate Release (ECF Doc. 750). For similar reasons as those set forth in the Court's Order (ECF Doc. 749) denying Defendant Barragan's previous motion for compassionate release, the Court finds that Defendant Barragan has still failed to establish that Compassionate Release is appropriate. Defendant Barragan's *pro se* Motion for Compassionate Release (ECF Doc. 750) is, therefore, **DENIED**.

**SO ORDERED**.

Signed: March 8, 2021

Graham C. Mullen
United States District Judge