IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:03-CR-00231-GCM-DCK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| JUAN CARLOS BARRAGAN, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Elizabeth Budnitz (ECF No. 760).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Budnitz is admitted to appear before this court *pro hac vice* on behalf of Defendant Juan Carlos Barragan.

**IT IS SO ORDERED**.

Signed: November 9, 2021

Graham C. Mullen
United States District Judge