|          |                                            |
|----------|--------------------------------------------|
| **To:**  | The Honorable Graham C. Mullen             |
|          | Senior U.S. District Court Judge           |
| **From:**| Will Sinclair                              |
|          | Probation Officer Specialist               |
| **Subject:** | **Juan Carlos Barragan**              |
|          | Case Number: 0419 3:03CR00231- 001         |
|          | **OUT-OF-COUNTRY TRAVEL**                  |
| **Date:**| 9/5/2024                                   |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

On June 27, 2006, Juan Carlos Barragan was sentenced pursuant to convictions for Conspiracy to Possess with Intent to Distribute Marijuana and Cocaine (21 U.S.C. §§ 846 & 841(a)(1)); Possession with Intent to Distribute Marijuana and Aiding and Abetting Others (21 U.S.C §§ 841(a)(1) & 2); and Use and Carry Firearm and in Relation to a Drug Trafficking Crime (18 U.S.C. § 924(c)(1)) in the Western District of North Carolina. The defendant was sentenced by Your Honor to a total of THREE-HUNDRED FIFTY-TWO (352) MONTHS on the three separate counts, to be followed by FIVE (5) YEARS of supervised release. The defendant was ordered to comply with all standard conditions of supervision and pay a $300 assessment. No special conditions of supervised release were ordered.

On January 13, 2016, the defendant's aggregate term of imprisonment was reduced to 295 months pursuant to Amendment 782. On February 25, 2022, Your Honor granted the defendant's motion for compassionate release and reduced his prison sentence to TIME-SERVED. The defendant has complied with all his conditions of supervised release since his release and paid his special assessment fees in full.

The defendant is requesting permission to travel to Mexico with his son and daughter next month to visit his 98-year-old mother, Enriquetta Contrares. Mrs. Contrares is in declining health and preparing to celebrate her 99th birthday. The defendant plans to depart Charlotte on October 10, 2024, for Guadalajara, and return on October 15, 2024. He plans on staying with his family at Avenida Francisco I. Madero #156, Sorjuana De La Cruz Colonia Amado Nervo, Tepic Nayarit Mexico, 63010. The Probation Office has no objection to this request. It is respectfully requested that Your Honor approve this travel request to allow the defendant to celebrate his mother's birthday with his family.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7672, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 9, 2024

*Graham C. Mullen*
Graham C. Mullen
United States District Judge